

**The** Road**Home**

BUILDING A SAFER, STRONGER, SMARTER LOUISIANA.

# *The Road Home* Homeowner Program Policies
## Version 7.0

### April 15, 2010

Presented to:

State of Louisiana
The Office of Community Development



EXHIBIT B



# Homeowner Policies Version 7.0

### 18.2.2 Legal documentation

The following legal documentation is required to execute Assignment of Homeowner program benefits:

- *Road Home* legal assignment authorization form entitled "Assignment of *Road Home* Grant Proceeds" or legal equivalent prepared by attorney and signed by both *Original Owner* and *Assigned Owner*.
- Assignment of rights executed in sales agreement or Act of Donation or Quit Claim Deed between the *Original Owner* and the *Assigned Owner*.
    At closing, the *Assigned Owner* signs the legal documents associated with Option 1: Stay and the *Assigned Owner* receives the funding award.

### *18.3 Calculation*

The *Assigned Owner* is eligible for Option 1: Stay benefits including:

- Compensation Grant
- Elevation incentive
- Additional Compensation Grant if both the *Original Owner* and the *Assigned Owner* are determined at or below 80% AMI and eligible for the Additional Compensation Grant. The calculation is based on the information provided by the *Original Owner* on the application. *Proceeds from sale of home*, listed under *Other Compensation*, are not deducted from the grant assistance amount.

The *Assigned Owner* is not eligible for Option 2: Relocate or Option 3: Sell benefits.

### *18.4 Appeals*

The *Assigned Owner* is not allowed to submit an appeal to *The Road Home* or to the State of Louisiana Office of Community Development.[51]

### *18.5 Revoking an Assignment*

If an assignor or assignee wants to revoke an assignment that has been executed and submitted to *The Road Home* program the assignee and assignor must provide a legal document signed by both that officially rescinds the assignment[52].

### 19  Murphy Oil Spill

Applicants located in the Murphy Oil zones are eligible for the Homeowner program. Some applicants participated in a class action settlement. Any settlements received under the terms of the class action are not considered a duplication of benefit and are not deducted from funding assistance awards.

Applicants choosing Option 1 are processed like other Option 1 applicants. For applicants electing Option 2 or Option 3, *The Road Home* program must receive notification from Murphy Oil that the home has been remediated prior to going to closing and receiving funding assistance awards.

---

[51] Version 6.1, Revision 16, November 16, 2008
[52] Version 6.2, Revision 29, April 13, 2009